# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JULY 10, 2015

## NO. 03-14-00681-CR

**In re Robert Lee Brown**

**APPEAL FROM 167TH DISTRICT COURT OF TRAVIS COUNTY**
**BEFORE CHIEF JUSTICE ROSE, JUSTICES GOODWIN AND FIELD**
**AFFIRMED -- OPINION BY CHIEF JUSTICE ROSE**

This is an appeal from the order signed by the trial court. Having reviewed the record and the

parties' arguments, the Court holds that there was no reversible error in the trial court's order.

Therefore, the Court affirms the trial court's order. Because appellant is indigent and unable to

pay costs, no adjudication of costs is made.